**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01226-CV

**HENRY DOMAGALSKI, Appellant**

**V.**

**DELMA DOMAGALSKI, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-0889-Z**

# ORDER

We **DENY** appellant's February 12, 2015 motion to reset the date of oral argument.


/s/      MOLLY FRANCIS
PRESIDING JUSTICE